Nicole M. Shaffer (SBN 244366)
Nicole.Shaffer@jacksonlewis.com
Kaveh S. Hosseini (SBN 309658)
Kaveh.Hosseini@jacksonlewis.com
JACKSON LEWIS P.C.
200 Spectrum Center Drive, Suite 500
Irvine, CA 92618
Telephone: (949) 885-1360
Facsimile: (949) 885-1380

Attorneys for Defendant
Vertex Pharmaceuticals Incorporated

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUI-HSIANG FAN aka RACHEL FAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>VERTEX PHARMACEUTICALS INCORPORATED, and DOES 1 to 20,<br><br>Defendants. | CASE NO.: '19CV1959 JM   WVG<br><br>**DECLARATION OF KAREN SYLVESTER IN SUPPORT OF NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. §§ 1332, 1441, and 1446**<br><br>Complaint Filed: July 19, 2019<br>Trial Date: None Set |

///
///
///

Case No.:                         1    DECLARATION OF KAREN SYLVESTER IN
                                       SUPPORT OF NOTICE OF REMOVAL OF ACTION

# DECLARATION OF KAREN SYLVESTER

I, Karen Sylvester, hereby declare as follows:

1.  I am making this Declaration in support of Defendant Vertex Pharmaceuticals Incorporated's ("Vertex") Notice of Removal in the above-referenced lawsuit. I have personal knowledge of the facts set forth in this Declaration, except where stated otherwise, and, if called upon as a witness, I could and would competently testify thereto.

2.  I am currently a Human Resource Business Partner Director for Vertex. I have knowledge of the business operations, business entity structure, and information regarding the overall direction, control, and coordination of those activities for Vertex. In my capacity as a Human Resource Business Partner Director, I have access to personnel and payroll information for Vertex's California activities.

3.  I reviewed payroll and personnel data for Jui-Hsiang Fan aka Rachel Fan. Vertex employed Plaintiff as a Senior Associate from approximately October 31, 2007, through August 10, 2018. At the time of her termination, Plaintiff earned an annual salary of approximately $101,538, excluding bonuses. She was a full-time exempt employee.

4.  I am familiar with and have access to Vertex's filings and business records, such as Vertex documents filed with the Secretary of State in California. I am also familiar with Vertex's corporate structure and the state in which it is incorporated. Vertex is incorporated under the laws of the State of Massachusetts. This was true at the time of the filing of the Complaint.

5.  As of the time of the filing of Plaintiff's Complaint ("Complaint") on July 19, 2019, the corporate headquarters and principal place of business—where the business operations are directed, controlled and coordinated—of the Company, was and still is to this current day located in Boston, Massachusetts. The headquarters of Vertex are in Boston, Massachusetts. The highest-level officers and management personnel of Vertex are

located and work out of the Boston, Massachusetts headquarters. This was also true at the time of the filing of the Complaint.

6. Vertex, by and through the high ranking officers and their direct supporting management personnel, whose offices are also located in Boston, Massachusetts, direct, control and coordinate activities which include, but are not limited to, the following: (1) matters relating to the financing of Vertex's operations; (2) advertising and marketing; (3) directing general business strategy; (4) accounting and financial reporting; (5) litigation management; (6) mergers and acquisitions; and (7) the size and composition of the Company's workforce.

I declare under penalty of perjury and under the laws of the United States and California that the foregoing is true and correct to the best of my knowledge and belief.

Executed this October 9, 2019 at Boston, Massachusetts.

*Karen Sylvester*
Karen Sylvester

Case No.:  3  DECLARATION OF KAREN SYLVESTER IN SUPPORT OF NOTICE OF REMOVAL OF ACTION

# PROOF OF SERVICE

*Jui-Hsiang Fan aka Rachel Fan v. Vertex Pharmaceuticals Incorporated, et al.*

**USDC Case No:**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is: 200 Spectrum Center Drive, Suite 500, Irvine, California 92618.

On **October 9, 2019**, I served the foregoing document(s) described as: **DECLARATION OF KAREN SYLVESTER IN SUPPORT OF NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. §§ 1332, 1441, and 1446** in this action by placing a true copy thereof in a sealed envelope addressed as follows:

| Adrian Cress, Esq.<br>Cress Law Firm<br>2445 Fifth Avenue, Suite 330<br>San Diego, California 92101 | Attorney for **Plaintiff**<br>Jui-Hsiang Fan aka Rachel Fan<br><br>Telephone: (619) 393-2126<br>Facsimile: (619) 393-2127<br>Email: acress@cresslawfirm.com |
|---|---|

☒ **BY MAIL** - As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **FEDERAL** - I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed **October 9, 2019** at Irvine, California.

Gabriela Rubio     By: *[signature: Gabriela Rubio]*

Print Name     Signature